# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NICOLE MURPHY,**
Appellant,

v.

**BANK OF AMERICA CORPORATION,** a Delaware corporation; **MAXINE POTTER,** an individual; **TROY STRATOS,** an individual; **RICHARD HACK,** an individual; and **LESLIE ZIGEL,** an individual,
Appellees.

No. 4D17-1512

[April 26, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 11-10614 (25).

Scott A. Weires of Murdoch, Weires, Neuman, Boca Raton, for appellant.

Sara F. Holladay-Tobias and Emily Rottmann of McGuireWoods LLP, Jacksonville, for appellee Bank of America Corporation.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***